1
2
3
4

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| JAMES WICKSNIN, JR. an individual<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>U.S. BANK National Association, a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO.: SACV12-02007 CJC (MLGx)<br><br>**ORDER ENTERING STIPULATED PROTECTIVE ORDER**<br><br>Complaint filed August 17, 2012<br>Trial Date: May 13, 2014 |

| | |
|---|---|
| 1 | Christopher A. Olsen (SBN 236928)<br>OLSEN LAW OFFICES |
| 2 | 1010 SecondAve., Ste. 1835<br>San Diego, CA 92101 |
| 3 | Phone: (619) 550-9352<br>Facsimilie: (619) 923-2747 |
| 4 | |
| 5 | Briana M. Kim (SBN 255966)<br>briana@brianakim.com |
| 6 | LAW OFFICE OF BRIANA KIM<br>249 E. OceanBlvd., Ste. 814 |
| 7 | Lons Beach. CA 90802<br>Phone: 714.482.6301 |
| 8 | Facsimilie:714.482.6302 |
| 9 | Attorneys for Plaintiff<br>JAMES WICKSNIN, JR. |
| 10 | |
| 11 | Joan B. Tucker Fife, Esq. (SBN: 144572)<br>JFife@winston.com |
| 12 | WINSTON & STRAWN LLP<br>101 California Street, Suite 3900 |
| 13 | San Francisco, CA 94111<br>Telephone:  (415) 591-1513 |
| 14 | Facsimile:   (415) 591 1400 |
| 15 | Emilie C. Woodhead, Esq. (SBN: 240464)<br>EWoodhead@winston.com |
| 16 | Jason S. Campbell (SBN: 285044)<br>JsCampbell@winston.com |
| 17 | WINSTON & STRAWN LLP<br>333 S. Grand Avenue |
| 18 | Los Angeles, CA 90071-1543<br>Telephone:  (213) 615-1700 |
| 19 | Facsimile:   (213) 615-1750 |
| 20 | Attorneys for Defendants<br>U.S. BANK NATIONAL ASSOCIATION |

-2-

ORDER ENTERING STIPULATED PROTECTIVE ORDER          CASE NO. SACV12-02007 CJC (JRPx)

1  Before the Court is the Stipulated Protective Order signed by counsel of record and
2  filed on August 2, 2013.  Having read the Stipulated Protective Order, the Court rules
3  as follows:

5  IT IS HEREBY ORDERED that the Stipulated Protective Order filed on August 2,
6  2013, is entered in this case, with the modification to "Exhibit A," page 13, lines 7-8
7  that the case number should read SACV12-02007-CJC **(JPRx)**.

10   Dated:  August 12, 2013
    _____
11   The Honorable Jean P. Rosenbluth
    U.S. MAGISTRATE JUDGE

14  Submitted by:
    WINSTON & STRAWN LLP

16  By: /s/ Emilie C. Woodhead
        Emilie C. Woodhead
17      Attorneys for Defendant
        U.S. BANK NATIONAL ASSOCIATION